# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ILLINOIS_____

**FILED**
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA
v.

STACEY HARVEY

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 05-CR-30194-01-WDS
USM Number: 27952-044

Renee Schooley
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __as stated below__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | On or about January 1, 2006, through November 1, 2006, in the Eastern District of Missouri and elsewhere, the defendant committed the offense of conspiracy to distribute and possess with intent to distribute cocaine and cocaine base | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-0765

Defendant's Date of Birth: **-**-1969

Defendant's Residence Address:

City: Cahokia

State: Illinois

Defendant's Mailing Address:

July 21, 2008
Date of Imposition of Judgment

_/s/ William D. Stiehl_
Signature of Judge

HONORABLE WILLIAM D. STIEHL, U. S. DISTRICT JUDGE
Name and Title of Judge

21 July 2008
Date

DEFENDANT: STACEY HARVEY
CASE NUMBER: 05-CR-30194-01-WDS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS. THIS COURT RECOMMENDS THAT THIS SENTENCE RUN CONCURRENT WITH THE SENTENCE TO BE IMPOSED BY U. S. DISTRICT JUDGE JEAN C. HAMILTON IN THE EASTERN DISTRICT OF MISSOURI IN CASE NUMBER 07-CR-759-JCH-9.

☒ The court makes the following recommendations to the Bureau of Prisons:
TO THE EXTENT THE DEFENDANT IS QUALIFIED AND SPACE IS AVAILABLE, IT IS RECOMMENDED THAT THE DEFENDANT BE PLACED AT EITHER FCI GREENVILLE, OR FCI MARION, ILLINOIS.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL